**INLAND DEVELOPMENT COMPANY et al. v. N. S. SHERMAN, Jr.**

No. 2323.

Circuit Court of Appeals, Tenth Circuit.

July 24, 1941.

Keaton, Wells & Johnston, of Oklahoma City, Okl., for appellants.

B. H. Carey, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of counsel.

**Nathan L. MILLER, et al., Appellants, v. CITY OF NEW YORK, Appellee.**

No. 342.

Circuit Court of Appeals, Second Circuit.

July 7, 1941.

Carl M. Owen, of New York City, for appellants.

William S. Gaud, Jr., of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**Julius G. DAY, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

No. 152.

Circuit Court of Appeals, Second Circuit.

July 7, 1941.

Barnet D. Golden, of New York City (Geo. E. H. Goodner and Scott P. Crampton, both of Washington, D. C., of counsel) for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Norman D. Keller, and S. Dee Hanson, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Johnson v. Commissioner, 2 Cir., 86 F.2d 710, 713.